THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PAUL, Appellant.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ELEANOR HENKE, Appellant, v. CARL HENKE, Respondent.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GRETE HEINEMANN, Respondent, v. JEWISH AGRICULTURAL SOCIETY, INC., Appellant.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [178 Misc. 897.]

HERBERT HEINEMANN, Respondent, v. JEWISH AGRICULTURAL SOCIETY, INC., Appellant.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [178 Misc. 897.]